IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Ellen A

Printed: 10/2/07

Case Number: 06 B 12871
Judge: Hollis, Pamela S
Filed: 10/10/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: August 20, 2007
Confirmed: December 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,487.00 |  |
| Secured: |  | 4,264.27 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 222.73 |
| Other Funds: |  | 0.00 |
| Totals: | 4,487.00 | 4,487.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,055.20 | 0.00 |
| 2. | GMAC Mortgage Corporation | Secured | 9,088.00 | 4,264.27 |
| 3. | GMAC Mortgage Corporation | Secured | 11,811.93 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 62.70 | 0.00 |
| 5. | Discover Financial Services | Unsecured | 1,796.51 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 49.17 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 10.51 | 0.00 |
| 8. | Federated Retail Holdings Inc | Unsecured | 270.88 | 0.00 |
| 9. | Target National Bank | Unsecured | 417.95 | 0.00 |
| 10. | American General Finance | Unsecured | 107.80 | 0.00 |
| 11. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 44.99 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 55.99 | 0.00 |
| 13. | National Capital Management | Unsecured | 194.61 | 0.00 |
| 14. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 75.84 | 0.00 |
| 15. | Illinois Dept of Revenue | Unsecured | 1.23 | 0.00 |
| 16. | Dr Kanchana Umpai | Unsecured | 12.11 | 0.00 |
| 17. | AIG Federal Savings Bank | Unsecured |  | No Claim Filed |
| 18. | Citibank USA | Unsecured |  | No Claim Filed |
| 19. | Allied Interstate | Unsecured |  | No Claim Filed |
| 20. | American Medical Collection | Unsecured |  | No Claim Filed |
| 21. | Albertsons/Jewels | Unsecured |  | No Claim Filed |
| 22. | Associated Radiologists | Unsecured |  | No Claim Filed |
| 23. | Dr John F Hart | Unsecured |  | No Claim Filed |
| 24. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 25. | Creditors Collection Service | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Johnson, Ellen A | Case Number: 06 B 12871 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 10/2/07 | Filed: 10/10/06 |

| # | Creditor | Type | | |
|---|---|---|---|---|
| 26. | Compucred | Unsecured | | No Claim Filed |
| 27. | Founders Bank | Unsecured | | No Claim Filed |
| 28. | Harris & Harris | Unsecured | | No Claim Filed |
| 29. | GEMB | Unsecured | | No Claim Filed |
| 30. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 31. | Hedges Clinic, S.C. | Unsecured | | No Claim Filed |
| 32. | GEMB | Unsecured | | No Claim Filed |
| 33. | Harris & Harris | Unsecured | | No Claim Filed |
| 34. | Commercial Check Control | Unsecured | | No Claim Filed |
| 35. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 36. | RMI/MCSI | Unsecured | | No Claim Filed |
| 37. | Wolpoff & Abramson | Unsecured | | No Claim Filed |
| 38. | Rubinos Italian Imports | Unsecured | | No Claim Filed |
| | | | $ 26,055.42 | $ 4,264.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 156.58 |
| 5.4% | 66.15 |
| | $ 222.73 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_